**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Mt. Hawley Insurance Co., | ) | No. CV-06-03114-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Yavapai Plumbing & Electrical, Inc., | ) | |
| Defendant. | ) | |

The court has before it defendant's motion to dismiss (doc. 11), plaintiff's petition to set bond amount (doc. 13), plaintiff's response to defendant's motion (doc. 14), defendant's reply in support of its motion (doc. 15), and plaintiff's reply in support of its petition (doc. 16). Defendant moves to dismiss for failure to comply with A.R.S. § 20-405. Motion to Dismiss at 1-2. Plaintiff petitions for us to set a bond in the amount of $25,000 in order to bring it in compliance with A.R.S. § 20-405. Petition at 13. Defendant argues that $50,000 is a more appropriate bond amount. Defendant's Reply at 1.

Plaintiff's complaint seeks a declaration that the commercial liability policy plaintiff issued defendant (1) does not require plaintiff to indemnify defendant in a pending state court action, and (2) that the policy is rescinded. Complaint (doc. 1) at 2-8. Given the nature of plaintiff's claims, this case will likely be decided by a pretrial motion. Further, plaintiff contends that discovery will be limited to matters involving defendant, and will not include the parties in the state court action. Plaintiff's Reply at 2. Therefore, we anticipate that

1  defendant's fees and costs will not exceed $25,000, and grant plaintiff's petition. As a result,
2  we deny defendant's motion to dismiss on grounds of mootness.
3        **THEREFORE, IT IS ORDERED GRANTING** plaintiff's petition to set bond
4  amount (doc. 13) and **DENYING** defendant's motion to dismiss (doc. 11). **IT IS**
5  **FURTHER ORDERED** that plaintiff shall post a bond of $25,000 by April 30, 2007, absent
6  which this case will be dismissed.
7        DATED this 17th day of April, 2007.

                       */s/ Frederick J. Martone*
                       Frederick J. Martone
                       United States District Judge